# Third District Court of Appeal

## State of Florida

Opinion filed March 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0190
Lower Tribunal No. 21-5958
_____

**Stok + Kon, P.A., etc.,**
Appellant,

vs.

**Miami Dade College,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Stok Kon + Braverman, and Robert A. Stok, Joshua R. Kon and Yosef Kudan (Fort Lauderdale), for appellant.

Mark Migdal & Hayden, and Jose M. Ferrer and Darci E. Cohen, for appellee.

Before EMAS, SCALES, and GORDO, JJ.

PER CURIAM.

Appellant Stok + Kon, P.A. appeals a December 6, 2022 final judgment awarding statutory attorney's fees and costs to appellee Miami-Dade College. Notwithstanding appellee's failure to plead entitlement to fees, we affirm the trial court's determination that the exception to the pleading requirement established in <u>Stockman v. Downs</u>, 573 So. 2d 835 (Fla. 1991) is applicable.

Affirmed.